# EXHIBIT "A"

**Andre Johnson Ginnane**

July 19, 2021 ·

Guess who's celebrating his 2nd Birthday today??? SAL!!!!!!! Happiest of Birthdays to my awesome little adventure loving friend!!! Stay tuned for more fun, new releases coming this Winter!!! Go Sal Go 🎂🎁🎈

www.theadventuresofsal.com














# EXHIBIT "B"

**Subject:** Re: Petronis v. USAA: Plaintiff's Expert Disclosures
**Date:** Tuesday, August 1, 2023 at 11:29:23 AM Central Daylight Time
**From:** Kelli Cubeta
**To:** Cindy Culp, Nadine Ona
**CC:** Liz Germany

Cindy,

As long as we have a week or more notice, our expert said she can be available for deposition. Please send me a few dates that work for you.

Best,
Kelli

---

**From:** Cindy Culp <CCulp@slm.law>
**Date:** Friday, July 21, 2023 at 12:10 PM
**To:** Kelli Cubeta <kelli.cubeta@cubetalaw.com>, Nadine Ona <nadineo@germer.com>
**Cc:** Liz Germany <elizabeth.germany@cubetalaw.com>
**Subject:** RE: Petronis v. USAA: Plaintiff's Expert Disclosures

I may file a motion asking the court to require a written report, which of course, is up to the court's discretion.

But if I decide not to go that route, do you have any idea re: her availability? Depending, we may need to extend our expert deadline, per Rule 195.

***Cindy Culp***
Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills # 500
Waco, Tx 76710
(254)772-8022
cculp@slm.law

***Confidentiality Notice***: This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material that is protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail or by telephone at (254) 772-8022 and delete the e-mail on your computer.

---

**From:** Kelli Cubeta <kelli.cubeta@cubetalaw.com>
**Sent:** Friday, July 21, 2023 12:08 PM
**To:** Cindy Culp <CCulp@slm.law>; Nadine Ona <nadineo@germer.com>
**Cc:** Liz Germany <elizabeth.germany@cubetalaw.com>
**Subject:** Re: Petronis v. USAA: Plaintiff's Expert Disclosures

No, but we will make her available for deposition.

---