**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ANDRE GINNANE,<br><br>Plaintiff,<br><br>vs.<br><br>BOYS & GIRLS CLUB OF SAN ANTONIO, INC.<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 5:23-CV-341 |

## PLAINTIFF/COUNTER-DEFENDANT'S ORIGINAL ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Plaintiff/Counter-Defendant files her Original Answer to Defendant/Counter-Plaintiff's Counterclaim (Doc. 20) and respectfully shows the Court as follows:

## ANSWER TO COUNTERCLAIM

In addition to its limited general denial, Counter-Defendant specifically responds to Counter-Plaintiff's allegations as follows (which correspond to the Counterclaims numbered paragraphs):

### Nature of Counterclaim

66. Plaintiff/Counter-Defendant denies Paragraph 66.

### Parties

67. Plaintiff/Counter-Defendant admits that Boys and Girls Clubs of San Antonio is a non-profit corporation organized under the laws of the state of Texas and its principal place of business is in San Antonio, Texas.

68. Plaintiff/Counter-Defendant admits to this allegation.

## Jurisdiction and Venue

69. Plaintiff/Counter-Defendant admits that this Court has jurisdiction over this action.

70. Plaintiff/Counter-Defendant admits this Court has jurisdiction over Plaintiff/Counter-Defendant.

71. Plaintiff/Counter-Defendant admits venue is proper.

## Facts

72. Plaintiff/Counter-Defendant incorporates paragraphs 66-71 of this Answer as it fully set forth herein

Plaintiff/Counter-Defendant denies the allegations set forth in Paragraphs 73-75 of Defendant's/Counter-Plaintiff's Counterclaim and demands strict proof thereof.

## Prayer

Plaintiff/Counter-Defendant is not required to respond to Defendant/Counter-Plaintiff's Prayer. However, to the extent that the Prayer asserts factual allegations, Defendant denies every allegation contained therein and further denies that it violated any law with respect to Plaintiff.

## DEFENSES AND AFFIRMATIVE DEFENSES

Subject to and without waiving the foregoing, Plaintiff/Counter-Defendant asserts the following defenses and affirmative defenses which, individually and in combination,

bar Defendant/Counter-Plaintiff's right to recover in whole or in part, the claims and damages alleged in the Counterclaim.

1. Defendant's counterclaim is brought in retaliation for Plaintiff bringing a race discrimination claim against the Defendant in violation of 42 U.S.C. § 1983.
2. Defendant's Counterclaim is without merit as is barred by the doctrines of waiver, estoppel, and laches.
3. Defendant's Counterclaim fails to state a claim upon which relief can be granted.
4. Plaintiff reserves the right to assert other affirmative defenses as discovery is ongoing.
5. Plaintiff is not liable to Defendant because the contractual term "If you leave Boys & Girls Club within 12 months of your start date, you will be responsible for reimbursing Boys & Girls Club of San Antonio for the entire signing bonus . . ." is an ambiguity as Plaintiff relied on that provision to mean she would be required to pay back the signing bonus if she resigned from her position without cause.
6. Plaintiff is not liable to Defendant's own acts or omissions caused or contributed to Defendant's alleged injury.
7. Plaintiff is not liable to Defendant because the contract is void.
8. Plaintiff is not liable for failure to satisfy a condition precedent.

Respectfully submitted this October 16, 2023.

**ROSS • SCALISE LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile

______________________________
**CHARLES L. SCALISE**
Texas Bar No. 24064621
**DANIEL B. ROSS**
Texas Bar No. 789810
dan@rosslawgroup.com
**ATTORNEYS FOR PLAINTIFF**


**NOTICE OF ELECTRONIC FILING**

The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Western District of Texas on the 16th day of October, 2023.

*/s/ Charles L. Scalise*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served via ECF on this 16th day of October, 2023.

*/s/ Charles L. Scalise*